IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CALVIN ELLISON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-01001-STA-jay |
| BERT C. BOYD, | ) ) ) |
| Respondent. | ) ) |

ORDER DIRECTING CLERK TO MODIFY DOCKET
AND
DENYING MOTION TO STAY

Petitioner, Calvin Ellison, has filed a document styled "Motion to Hold in Abeyance." (ECF No. 22.)  Petitioner asks the Court to stay proceedings in this 28 U.S.C. § 2254 case "until the State court rules upon the action." (*Id.* at 1.)  Although a federal court may, under certain circumstances, stay a § 2254 case to allow a state prisoner to exhaust his unexhausted claims in state court, *see Rhines v. Weber*, 544 U.S. 269, 277 (2005), Petitioner does not explain what claims he is currently pursuing in that forum.  The Court is therefore unable to determine if a stay is warranted.  The motion is **DENIED**.[1]

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: June 19, 2020

---

[1] The Clerk is **DIRECTED** to modify the docket to reflect Bert C. Boyd as Respondent.  *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); Fed. R. Civ. P. 25(d).